IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY ) <br> LABORERS PENSION FUND, et al., ) <br> ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BUILDPRO STL CONSTRUCTION, INC., ) <br> ) <br> Defendant. ) | Cause No.  4:22 CV 580 RWS |

## MEMORANDUM AND ORDER

Plaintiffs move for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2).  (Doc. 6).  The Clerk of Court entered default against defendant for failure to appear or defend on August 3, 2022.  (Doc. 9).  Plaintiffs' motion for default judgment seeks relief well beyond that which the Court can order on the basis of the record before it.  For example, plaintiffs seek prospective injunctive relief but provide no basis upon which the Court could order such relief.  They also ask the Court to enter a money judgment, but they do not specify the amount which they are requesting.  Although plaintiffs have demonstrated they are entitled to an accounting, they have failed to demonstrate that they are entitled to any additional relief at this point.  Any future motions seeking default judgment should set out with specificity the amount sought and should provide legal support for the relief requested, especially any requests for prospective injunctive relief.  Any motions for default judgment should also include sufficient supporting affidavits and documentation to

enable the Court to determine whether the relief requested is appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for default judgment [6] is granted in part and denied in part without prejudice as set forth above.

A separate Order of Partial Default Judgment in accordance with this Memorandum and Order is entered the same date.

                                                       */s/ Rodney W. Sippel*
                                                       RODNEY W. SIPPEL
                                                       UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2022.