IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY ) <br> LABORERS PENSION FUND, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BUILDPRO STL CONSTRUCTION, INC., ) <br> ) <br> Defendant. ) | Cause No.  4:22 CV 580 RWS |

## MEMORANDUM AND ORDER

There appearing no activity in this case since the entry of partial default judgment on August 4, 2022 (ECF 11),

**IT IS HEREBY ORDERED** that plaintiffs shall either file a motion for default judgment, accompanied by all necessary exhibits, affidavits, and proposed Orders, within 20 days or show cause why this case should not be dismissed without prejudice on November 20, 2022 under Fed. R. Civ. P. 41(b) for failure to prosecute.

**IT IS FURTHER ORDERED** that the motion to withdraw [14] is granted.

_/s/ Rodney W. Sippel_<br>
RODNEY W. SIPPEL<br>
UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2022.